IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
KARA GARZA and ELISEO GARZA,

                                                08-CIV-4151 (PAC)(MHD)

                Plaintiffs,

            -against-

BAUSCH & LOMB INCORPORATED,

                Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1 and to enable judges and magistrate judges to evaluate possible disqualifications or recusal, Bausch & Lomb Incorporated ("Bausch & Lomb") hereby discloses that (1) WP Prism Inc. is the parent company of Bausch & Lomb and (2) there are no publicly held corporations that own 10% or more of Bausch & Lomb's stock.

                                                Respectfully submitted,

                                                HEIDELL, PITTONI, MURPHY & BACH, LLP

                                                By: _____
                                                     Scott M. Zimmerman, Esq. (SZ 2735)
                                                     99 Park Avenue
                                                     New York, New York 10016
                                                     Ph: 212.286.8585
                                                     Fax: 212.490.8966
                                                     Attorneys for Defendant

532385.1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------- x

KARA GARZA and ELISEO GARZA,

                      Plaintiffs,

-against-

BAUSCH & LOMB INCORPORATED,

                      Defendant.
------------------------------------------------- x

08-CIV-4151 (PAC)(MHD)

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK    )
                             ) ss.:
COUNTY OF NEW YORK  )

      I, AMY VELEZ, being duly sworn, deposes and says:

      Deponent is not a party to the action, is over 18 years of age and is employed by HEIDELL, PITTONI, MURPHY & BACH, LLP.

      On June 9, 2008, deponent served the within **ANSWER AND DEFENSES OF BAUSCH & LOMB INCORPORATED TO PLAINTIFF'S COMPLAINT and CORPORATE DISCLOSURE STATEMENT** upon the following attorney(s) at the address(es) designated by said attorney(s) for that purpose by delivering a true copy of same enclosed in a post-paid properly addressed wrapper in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York:

To:    Andrew Finkelstein, Esq.
        Finkelstein & Partners, LLP
        436 Robinson Avenue
        Newburgh, NY 12550
        Ph:  845.562.0203.
        Fax: 845.562.3492

                                                    AMY VELEZ

Sworn to before me this
9th day of June, 2008

_____
NOTARY PUBLIC

532385.1

JANICE KONDEL
Notary Public, State of New York
Registration #01KO6141178
Qualified in Queens County
Commission Expires Feb. 13, 20 10