UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
KARA GARZA and ELISEO GARZA,

                              Plaintiffs,                      NOTICE OF
                                                  APPEARANCE
      -vs-

BAUSCH & LOMB INCORPORATED,                  08 CIV 4151(PAC)

                              Defendant.
------------------------------------------------------------------X

To the Clerk of the court and all parties of record:

Enter my appearance in this case for the plaintiffs KARA GARZA and ELISEO GARZA.

I certify that I am admitted to practice in this court.

June 11, 2008

                                                      _____
                                                      ELEANOR L. POLIMENI, ESQ. (EP-8687)
                                                      of FINKELSTEIN & PARTNERS, LLP
                                                      436 Robinson Avenue
                                                      Newburgh, N.Y. 12550
                                                      Phone: (800) 634-1212
                                                      Fax: 845-562-3492
                                                      E-mail: epolimeni@lawampm.com

CC: HEIDELL, PITTONI, ET AL
     81 Main Street
     White Plains, N.Y. 10601